In the Matter of the Claim of MALCOLM MARQUIT, Respondent, v. ARJAY SPORTWEAR et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J.